452 A.2d 1108

Markovitz v. Servicemaster, Appellant v. Gibson.

Argued April 13, 1982.    Lee Price, for appellant;  C. Gates, Jr., for appellees.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment and order affirmed.

452 A.2d 1108

Morgan, Appellant v. Zsamba.

Argued April 26, 1982.    Edwin Wayne Robey, for appellant;  Francis C. Sichko, for appellee.

Before BECK, MONTEMURO and POPOVICH, JJ.

Order affirmed.